# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL SECURITY COUNSELORS, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case: 1:12-cv-00284 (BAH) |
| | * | |
| CENTRAL INTELLIGENCE AGENCY, | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PROOF OF SERVICE

Plaintiffs attach Proof of Service for all Defendants.  Service was effected for the final Defendant on 29 February 2012.

Date: February 29, 2012

    Respectfully submitted,

    /s/ Kelly B. McClanahan
    Kelly B. McClanahan, Esq.
    DC Bar #984704
    National Security Counselors
    1200 South Courthouse Road
    Suite 124
    Arlington, VA  22204
    301-728-5908
    240-681-2189 fax
    Kel@NationalSecurityLaw.org

*Counsel for Plaintiffs*

**English**    **Customer Service**    **USPS Mobile**    **Register / Sign In**



Search USPS.com or Track Packages

Quick Tools    Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| **70102780000352943962**  Hide Details | First-Class Mail® | Delivered | February 29, 2012, 7:28 am | WASHINGTON, DC 20505 | **Expected Delivery By:** February 23, 2012  **Certified Mail**™ |
| | | Notice Left (No Authorized Recipient Available) | February 28, 2012, 10:51 am | WASHINGTON, DC 20505 | |
| | | Arrival at Unit | February 28, 2012, 10:34 am | WASHINGTON, DC 20022 | |
| | | Depart USPS Sort Facility | February 23, 2012 | MERRIFIELD, VA 22081 | |
| | | Processed through USPS Sort Facility | February 22, 2012, 10:13 pm | MERRIFIELD, VA 22081 | |
| | | Dispatched to Sort Facility | February 22, 2012, 5:31 pm | ARLINGTON, VA 22204 | |
| | | Acceptance | February 22, 2012, 12:32 pm | ARLINGTON, VA 22204 | |
| **70102780000352943948**  Hide Details | First-Class Mail® | Delivered | February 28, 2012, 11:45 am | WASHINGTON, DC 20530 | **Expected Delivery By:** February 23, 2012  **Certified Mail**™ |
| | | Arrival at Unit | February 28, 2012, 11:03 am | WASHINGTON, DC 20022 | |
| | | Depart USPS Sort Facility | February 23, 2012 | MERRIFIELD, VA 22081 | |
| | | Processed through USPS Sort Facility | February 22, 2012, 10:13 pm | MERRIFIELD, VA 22081 | |
| | | Dispatched to Sort Facility | February 22, 2012, 5:31 pm | ARLINGTON, VA 22204 | |
| | | Acceptance | February 22, 2012, 12:33 pm | ARLINGTON, VA 22204 | |
| **70102780000352943979**  Hide Details | First-Class Mail® | Delivered | February 28, 2012, 11:45 am | WASHINGTON, DC 20530 | **Expected Delivery By:** February 23, 2012  **Certified Mail**™ |
| | | Arrival at Unit | February 28, 2012, 11:03 am | WASHINGTON, DC 20022 | |
| | | Depart USPS Sort Facility | February 23, 2012 | MERRIFIELD, VA 22081 | |
| | | Processed through USPS Sort Facility | February 22, 2012, 10:13 pm | MERRIFIELD, VA 22081 | |
| | | Dispatched to Sort Facility | February 22, 2012, 5:31 pm | ARLINGTON, VA 22204 | |
| | | Acceptance | February 22, 2012, 12:33 pm | ARLINGTON, VA 22204 | |

GET EMAIL UPDATES    PRINT DETAILS